AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**FRANK C. BROWN, JR.**

          **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-10-880**

**GILBERT A. HURWOOD, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
                                         **MAGISTRATE JUDGE TERENCE P. KEMP**

          **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed January 6, 2011, JUDGMENT is hereby entered DISMISSING this case for failure to state a claim upon which relief can be granted.**

Date: January 6, 2011                 JAMES BONINI, CLERK

                             */S/ Andy F. Quisumbing*
                             (By) Andy F. Quisumbing
                            Courtroom Deputy Clerk